IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-00118


Flexential LLC, a Delaware limited liability company,

       Plaintiff,

   v.

Telnyx LLC, an Illinois limited liability company,

       Defendant.

---

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

---

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Flexential LLC hereby submits its Notice of Voluntary Dismissal Without Prejudice, as follows:

1.     Plaintiff filed this action on January 15, 2024.  *See* Complaint [ECF #1].

2.     Defendant has not been served.

3.     To date, Defendant has not filed an Answer or otherwise responded to the Complaint.

4.     Pursuant to Fed. R. Civ. P. 41(a)(i), Plaintiff hereby submits its Notice of Voluntary Dismissal Without Prejudice, and voluntarily dismisses this action, without prejudice.

DATED this 15th day of January, 2024.

Respectfully submitted,

*/s/Andrew T. Flynn*
Timothy M. Swanson
Andrew T. Flynn
Moye White LLP
3615 Delgany Street, Suite 1100
Denver, Colorado 80216-3997
Telephone: 303-292-2900

ATTORNEYS FOR PLAINTIFF
FLEXENTIAL LLC, A DELAWARE
LIMITED LIABILITY COMPANY